IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIFESTYLE REAL ESTATE LENDER, LLC**, <br><br> Plaintiff, <br><br> *v.* <br><br> **FRED RAPPAPORT**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-1781-KSM** |

## ORDER

**AND NOW** this 8th day of 2025, upon consideration of Plaintiff's Motion to Strike Defendants' Jury Demands (Doc. No. 56), Defendant Deborah R. Popky's opposition brief (Doc. No. 59), and Plaintiff's reply brief (Doc. No. 61), it is **ORDERED** that the motion is **GRANTED.** The jury demands contained in Defendants' pleadings (Doc. Nos. 6, 16) are **STRICKEN**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON J.