**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **LIFESTYLE REAL ESTATE LENDER, LLC**, <br><br> Plaintiff, <br><br> *v.* <br><br> **FRED RAPPAPORT**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 21-1781-KSM** |

**ORDER**

**AND NOW**, this 24th day of October, 2025, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 57, 58), Plaintiff's opposition brief (Doc. No. 60), and Defendants' reply brief (Doc. No. 62), it is **ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    The motions are **GRANTED** as to Plaintiffs' claim for unjust enrichment (Count III), and **JUDGMENT** is entered in Defendants' favor on that claim.

2.    The motions are otherwise **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.